DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JUNIOUS HAYES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2859

————————————————

March 18, 2026

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Hillsborough County, Kimberley K. Fernandez, Judge.

George E. Reres, of Rereslaw, LLC, Fort Lauderdale, for Appellant.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and NORTHCUTT and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.